UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jimmie Earl Stephens, | No. 2:22-cv-00330-KJM-JDP |
| Plaintiff | ORDER |
| v. | |
| Primm, et al., | |
| Defendants | |

On October 12, 2022, this court adopted the magistrate judge's findings and recommendations and denied plaintiff's motion to proceed in forma pauperis. *See* Order, ECF No. 11; F. & R., ECF No. 7. Specifically, the court found plaintiff, a three-striker prisoner under 28 U.S.C. § 1915(g), did not make a showing of imminent physical danger. F. & R. at 1–2. Plaintiff now moves for reconsideration. *See* Mot., ECF No. 12. The court requires further information from CDCR to decide the motion.

While the court previously found plaintiff's untreated prostate and hemorrhoidal bleeding did not constitute "imminent physical danger" because plaintiff was scheduled to see a urologist, F. & R. at 2, plaintiff now alleges the prison's medical staff still has not treated his health conditions after at least 90 days' delay, Mot. at 1–2. CDCR is ordered to file a verified response within 7 days indicating what treatment if any plaintiff is receiving, and what treatment is scheduled prospectively.

1

1  The Clerk of Court is ordered to serve a copy of this order on Monica Anderson, Senior
2  Assistant Attorney General, in order to facilitate CDCR's compliance.
3  The motion at ECF No. 12 is **granted.**
4  IT IS SO ORDERED.
5  DATED: November 7, 2022.

CHIEF UNITED STATES DISTRICT JUDGE