UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHENS, | No. 2:22-cv-00330-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| PRIMM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 12, 2022, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g). ECF No. 11. Plaintiff was granted fourteen days in which to pay the $402 filing fee for this action and warned that failure to timely submit the fee would result in dismissal of this action. *Id*. Instead of paying the filing fee, plaintiff filed a motion for reconsideration. ECF No. 12. Upon reviewing the motion for reconsideration, the court directed the California Department of Corrections and Rehabilitation (CDCR) to file a response "indicating what treatment if any plaintiff is receiving, and what treatment is scheduled prospectively." ECF No. 14.

/////

1

On December 12, 2022, after reviewing the CDCR's response, the court declined to revisit its prior decision, ECF No. 11, denying plaintiff's application to proceed in forma pauperis. ECF No. 18. Plaintiff then appealed the court's December 12 order to the Court of Appeals for the Ninth Circuit. ECF No. 21. On July 19, 2023, the Court of Appeals dismissed plaintiff's appeal. After the Ninth Circuit's mandate issued, the magistrate judge directed plaintiff to pay the filing fee in full by August 24, 2023. Plaintiff has not paid the filing fee, and the allotted time has passed.

Accordingly, it is hereby ORDERED:

1. This action is dismissed without prejudice for failure to pay the filing fee; and

2. The Clerk of Court is directed to close the case.

DATED: September 29, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE